# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DAVID ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0685

———————————————

May 27, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Senior Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

LaROSE, LABRIT, and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.